UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION
FUND and BRIAN GENTRY

    Plaintiffs,                                        ENTRY OF DEFAULT

          v.                                        08-cv-161-slc

JACO CONCRETE CONSTRUCTION,

    Defendant.

---

Plaintiffs request that the clerk of court enter default against defendant Jaco Concrete Construction pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant Jaco Concrete Construction has failed to appear, plead, or otherwise defend, the default of defendant Jaco Concrete Construction is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 11th day of June, 2008.

                                                                     /s/
                                                                Theresa M. Owens
                                                                Clerk of Court