UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND
and BRIAN GENTRY,

        Plaintiffs,

vs.                                        Case No. 08-CV-161-slc

JACO CONCRETE CONSTRUCTION,

        Defendant.

ORDER

Plaintiff Funds' Motion and the accompanying Affidavit, and upon the files, records and proceedings herein, heretofore had in the above-entitled action;

**IT IS HEREBY ORDERED** that the above-named Defendant Jaco Concrete Construction and its president Malachi Poutz, are hereby in contempt for violating the Court's Order and order them to submit to an audit of the books and records for the period July 1, 2007 through the present.

**AND ARE HEREBY DIRECTED** to purge themselves of such contempt by submitting to an audit of the company's books and records for the period July 1, 2007 through the present, to pay Plaintiffs the compliance fine in the amount of $1,000.00, as well as attorney fees for bringing the motion in this matter to date in the amount of $2,946.85.

Dated this 23d day of December, 2008.

BY THE COURT:

/s/ Barbara B. Crabb
U. S. District Court Judge

s:\docs\jacoconc\75739\m0298455.doc